DURIE TANGRI LLP
RAGESH K. TANGRI (CA Bar No. 159477)
rtangri@durietangri.com
JOHANNA CALABRIA (CA Bar No. 226222)
jcalabria@durietangri.com
GENEVIEVE P. ROSLOFF (CA Bar No. 258234)
grosloff@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Bradley S. Keller, WSBA #10665
Jofrey M. McWilliam, WSBA #28441
BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
bkeller@byrneskeller.com
jmcwilliam@byrneskeller.com

Attorneys for Defendant, Cross-Plaintiff and Third-Party Plaintiff
THOMVEST HOLDINGS LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT J. THOMAS, in his capacity as Shareholder Representative on behalf of the shareholders of Legal Systems Holding Company, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM JAMES DEL BIAGGIO, III, a California resident, on behalf of his residual interest as General Partner of SAND HILL CAPITAL II, LP, a Delaware Limited Partnership; R. TODD NEILSON, in his capacity as Bankruptcy Trustee for William James Del Biaggio, III a California resident; THOMVEST HOLDINGS LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 3:11-cv-03099-JCS<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Ctrm: 9, 15th Floor<br>Judge: Honorable Joseph C. Spero |

THOMVEST HOLDINGS LLC, a Delaware limited liability company,

      Cross-Plaintiff,

 v.

WILLIAM JAMES DEL BIAGGIO, III, a California resident, on behalf of his residual interest as General Partner of SAND HILL CAPITAL II, LP, a Delaware Limited Partnership; and R. TODD NEILSON, in his capacity as Bankruptcy Trustee for William James Del Biaggio, III a California resident,

      Cross-Defendants.

THOMVEST HOLDINGS LLC, a Delaware limited liability company,

      Third-Party Plaintiff,

 v.

SAND HILL CAPITAL HOLDINGS, INC., a Delaware Corporation,

      Third-Party Defendant.

Attorneys Bradley S. Keller and Jofrey M. McWilliam of Byrnes Keller Cromwell LLP hereby withdraw as counsel of record for defendant Thomvest Holdings LLC ("Thomvest"). Undersigned counsel from the Durie Tangri firm remain as counsel of record for Thomvest, and represent to the Court that Thomvest has received written notice of, and has consented to the withdrawal. Notice also has been given to counsel for all other parties who have appeared in the case.

Dated: July 5, 2011                                      DURIE TANGRI LLP

                                                         By:    *Ragesh K. Tangri*
                                                                RAGESH K. TANGRI

                                                         Attorneys for Defendant, Cross-Plaintiff and
                                                         Third-Party Plaintiff
                                                         THOMVEST HOLDINGS LLC



Dated: 7/6/11

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA