Richard M. Pachulski (CA Bar No. 90073)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Khatiblou (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail:   rpachulski@pszjlaw.com
          mlitvak@pszjlaw.com
          mkhatiblou@pszjlaw.com

Gayle E. Bush (WA Bar No.7318)
Bush Strout & Kornfeld LLP
5000 Two Union Square
601 Union Street
Seattle, Washington 98101
Telephone: 206/521-3859
E-mail:   gbush@bskd.com

Attorneys for Defendant and Cross-Defendant
R. Todd Neilson, Chapter 11 Trustee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT J. THOMAS, in his capacity as Shareholder Representative on behalf of the shareholders of Legal Systems Holding Company, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM JAMES DEL BIAGGIO, III, a California resident, on behalf of his residual interest as General Partner of SAND HILL CAPITAL II, LP, a Delaware Limited Partnership; R. TODD NEILSON, in his capacity as Bankruptcy Trustee for William James Del Biaggio III, a California Resident; THOMVEST HOLDINGS, LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 3:11-cv-03099-JCS<br><br>**NOTICE OF CHANGE IN COUNSEL AND REQUEST FOR ORDER**<br><br>Crtm: 9, 15TH Floor<br>Judge: Honorable Joseph C. Spero |
| AND RELATED CROSS-ACTION | |

1     Attorney Gayle E. Bush of Bush Strout & Kornfield LLP hereby withdraws as counsel of record for defendant and cross-defendant R. Todd Neilson ("Neilson"). Undersigned counsel from the Pachulski Stang Ziehl & Jones LLP firm remain as counsel of record for Neilson, and represent to the Court that Neilson has received written notice of, and has consented to the withdrawal. Notice also has been given to counsel for all other parties who have appeared in the case.

Dated: July 13, 2011      PACHULSKI STANG ZIEHL & JONES LLP

By:    */s/ Miriam Khatiblou*
Miriam Khatiblou
Attorneys for Defendant and Cross-Defendant
R. Todd Neilson, Chapter 11 Trustee

IT IS SO ORDERED:

July __19__, 2011



_____
Judge Joseph C. Spero

DOCS_SF:77401.1 59914-001      1      NOTICE OF CHANGE IN COUNSEL